THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jimmy Lee
 Ellison, Appellant.
 
 
 

Appeal From Marion County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No.  2007-UP-441
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor  Edgar Lewis Clements,
 III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Appellant, Jimmy Lee Ellison, entered a
 plea of nolo contendere to assault and battery of a high and aggravated
 nature.  The trial judge sentenced him to ten years imprisonment, suspended
 upon time served.  Ellisons
 counsel attached to the brief a petition to be relieved as counsel, stating
 that she had reviewed the record and concluded this appeal lacks merit.  Ellison did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.